# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3137

_____

United States of America,          *
                               *

          Appellee,    *     Appeal from the United States
                               *     District Court for the District

v.                      *     of Nebraska.
                               *

Ricardo Valencia Ibarra,    *       [UNPUBLISHED]
                               *

          Appellant.    *

_____

Submitted: December 21, 2001

Filed: January 8, 2002

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Ricardo Valencia Ibarra appeals the sentence imposed by the district court[*] after Ibarra pleaded guilty to a methamphetamine-distribution offense. Ibarra argues the district court committed error by denying a minor-participant reduction, see U.S.S.G. § 3B1.2(b). We disagree. The district court did not commit clear error because Ibarra–who declined to offer any evidence at sentencing–failed to prove his entitlement to the role reduction. See United States v. Correa, 167 F.3d 414, 416 (8th

_____

[*]The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

Cir. 1999) (standard of review; defendant bears burden to prove he warrants role reduction); United States v. Lucht, 18 F.3d 541, 556 (8th Cir.) (determination of defendant's role in offense is to be made on basis of all relevant conduct and not solely on act cited in count of conviction), cert. denied, 513 U.S. 949 (1994). Accordingly, we affirm the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.